FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

OCT 13 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SONYA DOUGLAS, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO **1 05 CV 2644** |
| HOUSING AUTHORITY OF THE CITY OF ATLANTA, INC. and RENEE GLOVER, in her official capacity as Executive Director of the Housing Authority for the City of Atlanta, | |
| Defendants. | |

## NOTICE OF REMOVAL

COME NOW, Defendants The Housing Authority of the City of Atlanta, Georgia ("AHA") and Renee Glover (collectively, "Defendants"), by and through their undersigned counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby give notice that they have removed the action styled as <u>Sonya Douglas v. Housing Authority of the City of Atlanta, Inc., et al.</u>, Civil Action No. 2005CV107300, from the Superior Court of Fulton County, State of Georgia, to the United Stated District Court for the Northern District of Georgia, Atlanta Division, showing the Court as follows:

FORMS RECEIVED
Consent To US Mag. _____
Pretrial Instructions _____
Title VII RTC _____

192089b v1

1.    AHA and Renee Glover are named as defendants in the lawsuit styled as <u>Sonya Douglas v. Housing Authority of the City of Atlanta, Inc., et al.</u>, Civil Action No. 2005CV107300, filed in the Superior Court of Fulton County, State of Georgia on or about October 7, 2005.

2.    On October 7, 2005, AHA and Renee Glover first received notice of the lawsuit filed by Plaintiff Sonya Douglas ("Plaintiff") when AHA received the following documents: (a) the Complaint in Equity; (b) Motion for Temporary Restraining Order, and (c) Brief in Support of Motion for Temporary Restraining Order. (<u>See</u> Exhibit 1 hereto)  Defendants have not been served in this action. Accordingly, this Notice of Removal has been filed within thirty days (30) after Defendants' initial receipt of notice of the lawsuit as required by 28 U.S.C. § 1446(b).

3.    This Court has original jurisdiction over this action because Plaintiff's Complaint arises out of alleged violations of 42 U.S.C.A. § 1437f(t)(2), 24 C.F.R § 982.551 through 24 C.F.R. 982.555, as well as alleged violations of the Due Process Clause of the Fifth and Fourteenth Amendments to the Constitution of the United States  (<u>See</u> Pl's Compl., ¶¶ 32, 34).  Thus, this lawsuit is subject to removal without regard to the citizenship of the parties because it first could have

1926898v1

been brought in this Court pursuant to this Court's federal question jurisdiction. See 28 U.S.C. §§ 1331, 1441(a)-(b).

4. While Plaintiff also brings a cause of action for alleged violations of the due process clause of the Constitution of the State of Georgia, (Pl's Compl., ¶ 33), this claim is predicated on the same alleged facts giving rise to Plaintiff's predominant claims brought pursuant to alleged violation of federal law. With the predominance of claims brought under federal law, the entire lawsuit brought by Plaintiff is subject to removal. See 28 U.S.C. § 1441(c).

5. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all documents received by Defendants, as more particularly set forth in paragraph 2 above, are attached hereto as Exhibit 1.

6. In accordance with 28 U.S.C. § 1446(d), written notice of this Notice of Removal shall be provided to Plaintiff, by and through her counsel of record. A true and correct copy of Defendants' Notice of Filing of Notice of Removal is attached hereto as Exhibit 2.

7. In accordance with 28 U.S.C. § 1446(d), a duplicate copy of this Notice of Removal has been filed with the Superior Court of Fulton County, State of Georgia, contemporaneously with this filing.

1926898v1

WHEREFORE, Defendants pray that this action be removed to the United States District Court for the Northern District of Georgia, Atlanta Division, and respectfully requests that the Superior Court of Fulton County, State of Georgia proceed no further with respect to this action.

Respectfully submitted,

ARNALL GOLDEN GREGORY LLP

_____
Scott E. Taylor
Georgia Bar No. 785596
Richard A. Mitchell
Georgia Bar No 513419

Attorneys for Defendants
THE HOUSING AUTHORITY OF THE CITY OF ATLANTA, GEORGIA and RENEE GLOVER, in her official capacity as CEO of the Housing Authority for the City of Atlanta, Georgia

171 17th Street NW
Atlanta, Georgia 30309-3450
Telephone:  404.873.8500
Facsimile:   404.873.8501